# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-1261

_____

Harvey Cullum

*Plaintiff - Appellant*

v.

John C. Aldworth, individually and in his official capacity as District Court Judge;
Van Buren County District Court, in its capacity as a state court; Cleburne County
District Court, in its capacity as a state court

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: September 6, 2012
Filed: September 11, 2012
[Unpublished]

_____

BYE, GRUENDER, and BENTON, Circuit Judges.

_____

PER CURIAM.

Harvey Cullum appeals from the district court's[1] order dismissing his civil action for failure to state a claim upon which relief may be granted. For the reasons explained by the district court, this court affirms the judgment. *See 8th Cir. R. 47B.*

_____

[1]The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.